IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY LAWSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARIUS DEREK CHABROWSKI,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-01130 WHA<br><br>**ORDER TO SHOW CAUSE;<br>SETTING DEADLINE TO<br>ANSWER OR OTHERWISE<br>RESPOND TO THE COMPLAINT** |

　　　　Plaintiff Courtney Lawson, who is represented by counsel, filed a motion to remand on March 21 (Dkt. No. 3). Defendant Darius Chabrowski's opposition or statement of non-opposition thereto was due on April 4. None was received.

　　　　Defendant is hereby ordered to show cause why the action should not be remanded. Defendant's response is due by **NOON ON APRIL 23**. A hearing on the motion is hereby set for **MAY 16**. For the benefit of defendant, who is proceeding pro se, the parties are on notice that failure to timely respond to this order may result in the motion to remand being granted.

　　　　Defendant has also filed a motion requesting an extension of time to file an answer. Defendant states that he was out of the country and is not aware of the date by which his answer is due. Plaintiff has not filed an opposition to the motion. Accordingly, defendant must file an answer or otherwise respond to the complaint by **APRIL 30**.

　　　　**IT IS SO ORDERED.**

Dated: April 10, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE